[No. 8774–0–II.  Division Two.  February 10, 1987.]

*In the Matter of the Marriage of* MARILYN LABRECQUE, *Appellant, and* THOMAS L. LABRECQUE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–3–04786–3, Rosanne Buckner, J., entered April 12, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 8488–1–II.  Division Two.  February 10, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN MITCHELL PLANT, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 84–1–00099–6, Carol A. Fuller, J., entered January 25, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.

[No. 8734–1–II.  Division Two.  February 10, 1987.]

LLOYD EKLUND, *Appellant,* v. ROBERT BAUBLITS, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 23951, Grant S. Meiner, J., entered April 5, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.

[No. 9062–7–II.  Division Two.  February 12, 1987.]

JOAN WALLACE, *Appellant,* v. RICHARD LEE SCHISLER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific County, No. 85–2–00046–5, Herbert E. Wieland, J., entered July 22, 1985. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.